IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION, ARKANSAS

EDNA ARMITAGE                                                                 PLAINTIFF

VS.                                            CIVIL ACTION NO. 1:07CV029SWW

FRED'S, INC.                                                                  DEFENDANT

## JUDGMENT OF DISMISSAL

The Defendant moves for dismissal of this civil action on the basis that it has been settled. The Plaintiff is not opposed and the agreement of the Parties is for the Plaintiff to be responsible for liens, if any, and indemnify and hold harmless Defendant in regard to any liens. It is therefore ordered and adjudged that any and all claims brought, or which may have been brought relating to this accident which is the subject of this civil action are hereby dismissed, with prejudice, and Defendant is released in all respects with each Party to bear their own attorney's fees and costs.

SO ORDERED, this 10th day of ~~October~~ December, 2009.

_____
JUDGE

AGREED and APPROVED:

_____
Bill Stanley
Attorney for Plaintiff

_____
Richard D. Underwood (ARB# 2006137)
Attorney for Defendant